IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KELVIN A. SPOONER,

   Plaintiff,

    v.

WELLS FARGO BANK, NATIONAL ASSOCIATIONS (INC),

   Defendant.

CIVIL ACTION FILE
NO. 1:14-CV-3897-TWT

**ORDER**

    This is a pro se wrongful foreclosure action. It is before the Court on the Report and Recommendation [Doc. 19] of the Magistrate Judge recommending granting the Defendant's Motion to Dismiss [Doc. 4] on the grounds of res judicata. No objections to the Report and Recommendation were filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 4] is GRANTED.

    SO ORDERED, this 31 day of August, 2015.

                          /s/Thomas W. Thrash
                          THOMAS W. THRASH, JR.
                          United States District Judge